In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-07-498 CV


____________________



IN THE INTEREST OF J. A. J.






On Appeal from the 279th District Court


Jefferson County, Texas


Trial Cause No. F-178,869-C






 MEMORANDUM OPINION


 The appellant, Anthony Craig Jones, filed a motion to dismiss this appeal. The motion
is voluntarily made by the appellant prior to any decision of this Court and should be granted. 
See Tex. R. App. P. 42.1(a)(1). No other party filed a notice of appeal. The motion to
dismiss is granted and the appeal is dismissed.

 APPEAL DISMISSED.

 _________________________________

 HOLLIS HORTON

 Justice 

Opinion Delivered June 12, 2008

Before McKeithen, C.J., Kreger and Horton, JJ.